V.ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
FRANCES ALIGANGA

FILED

SEP 3 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,          )   No.: CR05-00454 CW
                                   )
            Plaintiff,             )
                                   )
      v.                           )   [Proposed] **ORDER**
                                   )
FRANCES ALIGANGA,                  )
                                   )
            Defendant.             )
                                   )

GOOD CAUSE APPEARING, it is hereby **ORDERED** that Attorney V.Roy Lefcourt is

substituted in as counsel of record in the above-entitled matter.

DATED:   SEP 3 0 2005

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE