V. ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
FRANCES ALIGANGA

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR05-00454 CW |
| Plaintiff, | |
| v. | **ORDER** |
| FRANCES ALIGANGA, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby **ORDERED** that defendant Frances Aliganga be permitted to leave the Cornell Halfway House at 10:30 a.m. on every Sunday and to return no later than 2:30 p.m. in order that she may attend religious services at Our Land of Lordish located at 2808 Lakeshore Avenue, Oakland, California. This request has been approved by A.U.S.A. Douglas Sprague and pretrial service officer Steven Sheehan.

DATED: November 15, 2005

_____
HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE