V.ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
FRANCES ALIGANGA

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR05-00454 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **TRAVEL ORDER** |
| | ) | |
| FRANCES ALIGANGA, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby **ORDERED** that defendant Frances Aliganga be permitted to leave the Cornell Halfway House at 6:00 a.m. on Tuesday, November 15, 2005 and travel to the Eastern District to David Grant USAF Medical Center located at 101 Bodin Circle, Travis AFB, California to receive medical attention and immediately following to return to the Northern District to attend her medical appointment scheduled for 10:00 a.m. with Dr. Ralph Peterson located at 10520 Macarthur Blvd, Oakland, CA and to return to the Cornell Halfway House no later than 1:00 p.m. This request has been approved by A.U.S.A. Douglas Sprague and pretrial service officer Steven Sheehan.

DATED: November 15, 2005

_____
HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE