```
V. ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
FRANCES ALIGANGA
```

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR05-00454 CW |
| Plaintiff, | |
| v. | **STIPULATION TO TRAVEL TO THE EASTERN DISTRICT** |
| FRANCES ALIGANGA, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that defendant Frances Aliganga be permitted to leave the Cornell Halfway House at 9:00 a.m. on Thursday, November 24, 2005 and travel to the Eastern District to spend the Thanksgiving Holiday with her family located at 1040 Evergreen Court, Fairfield, California and to return to the Cornell Halfway House no later than 9:00 p.m. This request has been approved by pretrial service officer Steven Sheehan.

SO STIPULATED.

//

//

1

| | | |
|---|---|---|
| 1 | DATED: November 21, 2005 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ V.Roy Lefcourt<br>V.ROY LEFCOURT |
| 4 | | Attorney for Defendant<br>FRANCES ALIGANGA |
| 5 | | |
| 6 | DATED: November 22, 2005 | |
| 7 | | /s/ Douglas Sprague with permission<br>DOUGLAS SPRAGUE |
| 8 | | Assistant United States Attorney |

IT IS SO ORDERED

*Wayne D. Brazil*
Judge Wayne D. Brazil

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 23, 2005

_____
HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

2