V.ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
FRANCES ALIGANGA

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.: CR05-00454 CW |
| Plaintiff, | ) |
| | ) **STIPULATION** |
| v. | ) |
| FRANCES ALIGANGA, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, the parties agree to permit defendant Frances Aliganga to leave the Cornell Halfway House at the discretion and direction (and with the prior approval) of pretrial services in order that she may work, have visitation rights with her daughter, and seek medical treatment, each which require the defendant to travel to the Eastern District of California. This request has been approved by pretrial service officer Steven Sheehan.

SO STIPULATED.

//

//

1

//
//

DATED: December 9, 2005                           Respectfully submitted,


                                                  /s/ V.Roy Lefcourt_____
                                                  V.ROY LEFCOURT
                                                  Attorney for Defendant
                                                  FRANCES ALIGANGA


DATED:  December 9, 2005

                                                   /s/ Douglas Sprague _____
                                                  DOUGLAS SPRAGUE
                                                  Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED.

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Wayne D. Brazil]*

DATED: December 12, 2005

                                                  _____
                                                  HONORABLE WAYNE D. BRAZIL
                                                  UNITED STATES MAGISTRATE JUDGE

2