## PROPOSED ORDER/COVER SHEET

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**FILED**
JAN 1 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RE:** Frances Aliganga

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR–05–0454–CW
~~CR-00454-CW~~

**DATE:** January 11, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                      (510) 637-3752
                                                      TELEPHONE NUMBER

**RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4 on TUESDAY, 1/17/06 at 10:00 am.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
ASAP

_____                          1-11-06
JUDICIAL OFFICER                                    DATE

Cover Sheet (12/03/02)

cc: WDB's Stats, Copy of ~~this~~ cover sheet sent to parties via ECF, Sheilah, Financial, Pretrial