# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) vs. ) Frances E. Aliganga ) ) | Docket Number: CR 05-00454-1 CW |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____March 6, 2006____ be continued until ____April 3, 2006____ at ____2:30 p.m.____ . ✓

Date: __JAN 24 2006__

Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04