1  V.ROY LEFCOURT (SBN 49950)
   Attorney at Law
   2019 Webster St.
   San Francisco, CA 94115
2  (415) 776-0207

3  Attorney for Defendant
   FRANCES ALIGANGA
4

5                 UNITED STATES OF AMERICA
6                 NORTHERN DISTRICT OF CALIFORNIA
7                        OAKLAND DIVISION
8

9  UNITED STATES OF AMERICA,           )   No.:  CR-05-00454 CW
                                       )
10         Plaintiff,                  )
                                       )   **ORDER TO RECONVEY**
11     v.                              )   **REAL PROPERTY**
                                       )
12 FRANCES ALIGANGA,                   )
                                       )
13         Defendant.                  )
                                       )
14

15 Equity in real property located at: <u>1221 Humphrey Drive, Suisun, CA 94585</u> was deposited in lieu
16 of bail in the above entitled action by Deed of Trust recorded on <u>August 5, 2005</u> by the recorder
   for the County of Solano.
17
   Bail deposited has been exonerated by operation of law/Order of Court and County of Alameda
18 as beneficiary having no further claim to said property.

19 IT IS HEREIN ORDERED THAT
20
   Trustors Security Service, Trustee shall reconvey said real property
21
   Patrick and Rochelle Siu, Trustor.
22

23
   DATED:  January 27, 2006
24

25

26

   _____
   U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL

1