V.ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
FRANCES ALIGANGA

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR05-00454 CW |
| Plaintiff, ) | |
| ) | **ORDER TO RECONVEY** |
| v. ) | **REAL PROPERTY** |
| FRANCES ALIGANGA, ) | |
| Defendant. ) | |

Equity in real property located at: <u>1221 Humphrey Drive, Suisun, CA 94585</u> was deposited in lieu of bail in the above entitled action by Deed of Trust recorded on <u>August 5, 2005</u> by the recorder for the County of Solano.

Bail deposited has been exonerated by operation of law/Order of Court and Clerk, United States District Court, Northern District, State of California as beneficiary having no further claim to said property.

IT IS HEREIN ORDERED THAT

Trustors Security Service as Trustee securing a personal surety bond to the Clerk, United States District Court, Northern District, State of California, shall reconvey said real property.

Patrick and Rochelle Siu, Trustor.

[SEAL: IT IS SO ORDERED / Judge Wayne D. Brazil / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

DATED: January 31, 2006

_____
US MAGISTRATE JUDGE WAYNE D. BRAZIL