| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | DOUGLAS SPRAGUE (CSBN 202121)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue; Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7183 |
| 7 | FAX: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00454 CW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING HEARING |
| FRANCES ALIGANGA, | ) | OAKLAND VENUE |
| Defendant. | ) | |

The parties, by and through their respective counsel, hereby stipulate and agree that the sentencing hearing currently scheduled for April 3, 2006, at 2:30 a.m. shall be continued to April 24, 2006 at 2:30 p.m.

A continue is necessary as government's counsel is currently in trial in the matter of *U.S.*

////

////

////

////

STIP. AND PROP. CONTINUING SENTENCING HEARING
CR 05-00454 CW

1  *v. Gerard Hood, CR 05-00011 MJJ.*

2  **IT IS SO STIPULATED**.

3  DATED:  March 24, 2006                             Respectfully submitted,

4                                                                         KEVIN V. RYAN
                                                                                United States Attorney

6                                                                         By          /s/
7                                                                         W. DOUGLAS SPRAGUE
                                                                                Assistant U.S. Attorney

9  DATED:  March 24, 2006                                          /s/
                                                                                V. LEROY LEFCOURT
10                                                                      Attorney for Defendant Veronica Rivera

12  **IT IS SO ORDERED.**

13  DATED:  March 28, 2005
                                                                                CLAUDIA WILKEN
14                                                                      United States District Court Judge

21
22  I, Doug Sprague, hereby attest that V. LeRoy Lefcourt agreed to this stipulation by telephone.

STIP. AND PROP. CONTINUING SENTENCING HEARING
CR 05-00454 CW