1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

3   EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division

4   DOUGLAS SPRAGUE (CSBN 202121)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue; Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-7183

7       FAX: (415) 436-7234

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT

10
                  NORTHERN DISTRICT OF CALIFORNIA

11
                        OAKLAND DIVISION

12

13

    UNITED STATES OF AMERICA,          )      No. CR 05-00454 CW
14                                      )
            Plaintiff,                  )      STIPULATION AND ORDER
15                                      )      CONTINUING SENTENCING HEARING
          v.                            )
16                                      )
    FRANCES ALIGANGA,                   )      OAKLAND VENUE
17                                      )
            Defendant.                  )
18   _____)

19

20

21      The parties, by and through their respective counsel, hereby stipulate and agree that the

22  sentencing hearing currently scheduled for April 3, 2006, at 2:30 a.m. shall be continued to April

23  24, 2006 at 2:30 p.m.

24      A continue is necessary as government's counsel is currently in trial in the matter of *U.S.*

25  ////

26  ////

27  ////

28  ////

    STIP. AND PROP. CONTINUING SENTENCING HEARING
    CR 05-00454 CW

1    *v. Gerard Hood, CR 05-00011 MJJ.*

2        **IT IS SO STIPULATED**.

3    DATED:   March 24, 2006                     Respectfully submitted,

4                                                KEVIN V. RYAN
                                                 United States Attorney
5

6                                                By _____/s/_____
                                                 W. DOUGLAS SPRAGUE
7                                                Assistant U.S. Attorney

8

9    DATED:  March 24, 2006                      _____/s/_____
                                                 V. LEROY LEFCOURT
10                                               Attorney for Defendant Veronica Rivera

11

12   **IT IS SO ORDERED.**

13   DATED:   March 28, 2005                     _____
                                                 CLAUDIA WILKEN
14                                               United States District Court Judge

15

16

17

18

19

20

21
     I, Doug Sprague, hereby attest that V. LeRoy Lefcourt agreed to this stipulation by telephone.
22

23

24

25

26

27

28

STIP. AND PROP. CONTINUING SENTENCING HEARING
CR 05-00454 CW