V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
FRANCES ALIGANGA

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR05-00454 CW |
| Plaintiff, | |
| v. | **ORDER TO EXONERATE PROPERTY BOND** |
| FRANCES ALIGANGA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that the Deed of Trust executed by Patrick and Rochelle Siu on August 5, 2005 and the Deed of Trust executed by William and Rosette Flores on August 4, 2005 as security for and appearance bond in the case of *United States v. Frances Aliganga*, CR-05-00454-CW be exonerated and that the clerk of the court issue a deed of reconveyance to said properties.

**IT IS SO ORDERED.**

DATED:    7/7/06

/s/ CLAUDIA WILKEN
_____
US DISTRICT JUDGE CLAUDIA WILKEN